AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSE TEJEDA, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PAPA FIRO GROCERY CORP (D/B/A PAPA FIRA GOCERY CORP) and JOSE BAEZ,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00822-ERK-JRC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  see attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney
*CLERK OF COURT*

Date: 2/13/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSE TEJEDA, *individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

PAPA FIRO GROCERY CORP (D/B/A PAPA FIRA GOCERY CORP), and JOSE BAEZ

*Defendants*.

--------------------------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

Papa Firo Grocery Corp (d/b/a Papa Fira Gocery Corp)
109 3rd Avenue
 Brooklyn, NY 11217

Jose Baez
109 3rd Avenue
 Brooklyn, NY 11217